MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Johnson SR._____ JAD/TPA/CMB/(GLT)

Case Number: __17-22820__

Date of Meeting: __8__/__14__/__17__                      Recording # __11__
Debtor(s) present __✓__ or Not Present__ ( __ No Payments Made or __ partial payments)
Attorney for debtor(s) __Steidl_____ (Present __✓__ or Not Present____)
Date of Plan at § 341 __7-3-17__ Applicable commitment period ___3 yrs ___ 5 yrs

____ Meeting HELD and CONCLUDED        2016 tax on extension
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
                                       ____ Order to Show Cause Requested
                                       ____ To be rescheduled by Clerk
__✓__ Confirmation Order recommended  ____ Final  __✓__ Interim
____ Amended Plan due: _____ : Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case.  Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
       ____ 341 Meeting   OR   __✓__ Conciliation Conf. OR __ *Contested Hearing
       On __1-25-18__  at __9:00__ am/pm Location __3251 US Steel__

_____
Chapter 13 Trustee/Attorney for Trustee