**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMBRO JOHNSON, SR., | Bankruptcy No. 17-22820-GLT |
| Debtor, | Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION, | Related To Doc. No. 30 |
| Movant, | |
| v. | |
| AMBRO JOHNSON, SR., and RONDA J. WINNECOUR, TRUSTEE | |

**CERTIFICATE OF SERVICE OF OBJECTION TO PLAN**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 22, 2017.

Service by First-Class Mail:

Ambro Johnson, Sr.
1112 Pennsylvania Avenue
Pittsburgh, PA 15233

Service by electronic mail:

Kenneth Steidl, Esq.          julie.steidl@steidl-steinberg.com
Ronda J. Winnecour, Esq.      cmecf@chapter13trusteewdpa.com
Office of the U.S. Trustee    ustpregion03.pi.ecf@usdoj.gov

Dated: 9/22/17                Respectfully submitted:

                              TUCKER ARENSBERG, P.C.

                              */s/ Brett A. Solomon*
                              Brett A. Solomon, Esquire
                              Pa. I.D. No. 83746
                              bsolomon@tuckerlaw.com
                              1500 One PPG Place
                              Pittsburgh, PA 15222
                              (412) 566-1212
                              *Counsel for PNC Bank, National Association*