# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Ambro Johnson Sr.<br>                        **Debtor(s)**<br><br>**MIDFIRST BANK**<br>                        **Movant**<br>    vs.<br><br>**Ambro Johnson Sr.**<br>                        **Debtor(s)**<br><br>**Ronda J. Winnecour**,         **Trustee** | **BK NO. 17-22820 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7** |

## AMENDED CERTIFICATE OF SERVICE OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 27, 2017, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ambro Johnson Sr.
1112 Pennsylvania Avenue
Pittsburgh, PA 15233

Attorney for Debtor(s)
Kenneth Steidl, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: November 27, 2017

                                    **/s/ James C. Warmbrodt, Esquire**
                                    **ATT ID: 42524**
                                    James C. Warmbrodt, Esquire
                                    Matteo S. Weiner, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    412-430-3594
                                    Attorney for Movant/Applicant