# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** AMBRO JOHNSON
- **Case Number:** 17-22820-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 25, 2018 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED 2018 JAN 26 P 2:58 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

### *Matter:*

#5 - Final Confirmation of Plan Dated 7-3-17 (NFC)
    #29 - Amended Objection filed by OneMain Consumer Loan, Inc.
    #30 - Objection filed by PNC Bank
    #37 - Objection filed by MIDFIRST Bank
R / M #: 5 / 0

### *Appearances:*

- Debtor: K. Steidl
- Trustee: Winnecour / Pail / Katz
- Creditor:

*Need amended plan to address issues*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **3/22/18**.
   Objections are due on or before ~~4/15/18~~ 4/26/18
   A hearing on the Amended Plan is set for ~~4/15/18~~ 4/26/18 at **1:30pm**
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Need 2016 tax return & copy of 2017 return once filed*

1/19/2018   12:19:15PM