# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBRO JOHNSON, SR., | ) Bankruptcy No. 17-22820-GLT |
| Debtor, | ) Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION, | ) Related To Doc. No. 57 |
| Movant, | ) Hearing: March 28, 2018 at 10:00 AM |
| v. | ) Response Due: March 7, 2018 |
| AMBRO JOHNSON, SR., and RONDA J. WINNECOUR, TRUSTEE | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE OF RESPONSE TO OBJECTION OF CLAIM OF PNC BANK, NATIONAL ASSOCIATION (CLAIM NO. 15-1)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on March 7, 2018:

service by First-Class Mail:

Ambro Johnson, Sr.
1112 Pennsylvania Avenue
Pittsburgh, PA 15233

service by electronic mail:

Kenneth Steidl, Esq.            julie.steidl@steidl-steinberg.com
Ronda J. Winnecour, Esq.        cmecf@chapter13trusteewdpa.com
Office of the U.S. Trustee      ustpregion03.pi.ecf@usdoj.gov

Dated:  March 7, 2018            Respectfully submitted,

TUCKER ARENSBERG P.C.
/s/ Brett A. Solomon
Brett A Solomon, Esquire
1500 One PPG Place
Pittsburgh, PA 15222
(412) 394-5944
bsolomon@tuckerlaw.com

*Counsel to PNC Bank, National Association*

4