# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22820-GLT |
| | : | Chapter: | 13 |
| Ambro Johnson, Sr. | : | | |
| | : | | |
| | : | Date: | 3/28/2018 |
| *Debtor(s).* | : | Time: | 09:30 |

**FILED**

MAR 28 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:**   #46 - Debtor's Objection to Claim No. 15 of PNC Bank
#57 - Response filed by PNC Bank

**APPEARANCES:**
   Debtor:   Lauren Lamb
   PNC:     Jeremiah Vandermark

**NOTES:**

Lamb: Withdraws objection.

**OUTCOME:**

1. The objection [Dkt. No. 46] is denied as withdrawn. (Text Order to issue.)

**DATED:** 3/28/2018