**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankruptcy Case No.: 17–22820–GLT
Issued Per 4/26/2018 Proceeding
Chapter: 13
Docket No.: 65 – 61
Conciliation Conference Date: 6/21/18 at 02:30 PM

**Ambro Johnson Sr.**
Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___21st___ day of _____May_____, _2018_, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

    All parties listed on the attached mailing matrix.

Executed on _____5/21/18_____    _____/s/ Kenneth Steidl_____
               (Date)                        (Signature)

__Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-22820-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon May 21 10:49:58 EDT 2018 | Allegheny Radiology Associates<br>c/o Collection Service Center Inc.<br>250 Mt. Lebanon Blvd., Suite 420<br>Pittsburgh, PA 15234-1249 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| Capital One Bank USA NA<br>P. O. Box 30281<br>Salt Lake City, UT 84130-0281 | Allison L. Carr<br>Bernstein-Burkley, PC<br>Gulf Tower, Suite 2200<br>707 Grant Street<br>Pittsburgh, PA 15219-1945 | Central Cardiovascular Associates<br>c/o Credit Collection USA<br>16 Distributors Drive, Suite 1<br>Morgantown, WV 26501-7209 |
| Comcast Cable<br>c/o RUI Credit Services<br>PO Box 1349<br>Melville, NY 11747-0421 | William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Ambro Johnson Sr.<br>1112 Pennsylvania Avenue<br>Pittsburgh, PA 15233-1413 | Lendmark Financial Services<br>1506 Klondike Road SW<br>Suite 200<br>Conyers, GA 30094-5173 |
| (p)LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER STREET<br>COVINGTON GA 30014-2434 | (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Peter E. Meltzer<br>Weber Gallagher Simpson Stapleton Fires<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103-3204 | Merrick Bank<br>P.O. Box 1500<br>Draper, UT 84020-1500 | MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 |
| Midland Mortgage Company<br>999 NW Grand Blvd<br>Oklahoma City, OK 73118-6051 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 | PNC Bank<br>PO Box 3180<br>Pittsburgh, PA 15230-3180 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |

| | | |
|---|---|---|
| Pittsburgh Water & Sewer Authority<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Pittsburgh Water & Sewer Authority<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Brett A. Solomon<br>Tucker Arensberg, P.C.<br>1500 One PPG Place,<br>Pittsburgh, PA 15222-5413 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Lendmark Financial Services, LLC<br>2118 Usher Street<br>Covington GA 30014 | MABT/CONTFIN<br>PO Box 8099<br>Newark, DE 19714 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Americredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 | (d)Americredit Financial Services, Inc. dba G<br>PO Box 183853<br>Arlington, TX 76096-3853 | (u)Duquesne Light Company |
| (u)MIDFIRST BANK | (u)OneMain Consumer Loan, Inc. | (u)PNC BANK, NATIONAL ASSOCIATION |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     7<br>Total                  44 | |