**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-22820-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Ambro Johnson, Sr.
1112 Pennsylvania Avenue
Pittsburgh PA 15233

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Lendmark Financial Services, LLC, 2118 Usher Street, Covington GA 30014 | Scolopax, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/15/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 17-22820-GLT
Ambro Johnson, Sr.                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dpas            Page 1 of 1            Date Rcvd: Mar 13, 2019
                                     Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14672159          E-mail/Text: ktramble@lendmarkfinancial.com Mar 14 2019 03:00:02
               Lendmark Financial Services, LLC,    2118 Usher Street,    Covington GA 30014
                                                                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
          Brett A. Solomon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bsolomon@tuckerlaw.com,
      agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          Jeffrey R. Hunt     on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
      cnoroski@grblaw.com
          Kenneth Steidl     on behalf of Debtor Ambro  Johnson, Sr. julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
      eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
      inberg.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
      DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter E. Meltzer     on behalf of Creditor    OneMain Consumer Loan, Inc. bankruptcy@wglaw.com,
      ibernatski@wglaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig     on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
      ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                            TOTAL: 9