**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

04/14/2021

IN RE:

AMBRO JOHNSON, SR.
1112 PENNSYLVANIA AVENUE
PITTSBURGH, PA 15233
XXX-XX-9191          Debtor(s)

Case No. 17-22820 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/14/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5995 |
| **ALLISON L CARR ESQ**<br>BERNSTEIN-BURKLEY PC<br>707 GRANT ST STE 2200<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,921.82<br>COMMENT: RS/DOE*CL=$22,156.00*SURR/PL*DK*W/18 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3716 |
| **ONE MAIN CONSUMER LOAN INC - A/S/F SPRING**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 4   INT %: 5.00%<br>Court Claim Number: 4<br>CLAIM: 5,179.59<br>COMMENT: $CL-PL@5%/PL*910/PL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3953 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 7<br>CLAIM: 24,525.72<br>COMMENT: $CL-PL@5%/PL@MIDLAND MTG*W/23*DKT | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9279 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/CONF AMD PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1021 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/CONF AMD PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2503 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 8   INT %: 5.00%<br>Court Claim Number: 15<br>CLAIM: 18,743.90<br>COMMENT: $CL-PL@5%/PL*DK*7500362193 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2193 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 9,689.67<br>COMMENT: $@0%/CL-PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9191 |
| **ALLEGHENY RADIOLOGY ASSOC.**<br>300 MT. LEBANON BLVD.<br>SUITE 2233<br>PITTSBURGH, PA  15234 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 883.71<br>COMMENT: NO ACCT/SCH*CAP ONE/RCS/HOUSEHOLD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4007 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 456.46<br>COMMENT: NO ACCT/SCH*CAP ONE/SEARS/ORCHARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5895 |
| **CENTRAL CARDIOVASCULAR ASSOCIATES**<br>1350 LOCUST ST STE 100<br><br>PITTSBURGH, PA 15219-4738 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMCAST++**<br>PO BOX 3001<br><br>SOUTHEASTERN, PA 19398 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MABT GENESIS RETAIL**<br>PO BOX 4499<br><br>BEAVERTON, OR 97076 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 3,038.91<br>COMMENT: NO ACCT/SCH*PLAINS COMMERCE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3285 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 286.40<br>COMMENT: NO GEN UNS/SCH*W/3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3716 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 2-2<br><br>CLAIM: 1,435.26<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9191 |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 4,165.47<br>COMMENT: ACCT NT/SCH*FR LENDMARK FNCL-DOC 82 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2815 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 8,763.58<br>COMMENT: ACCT NT/SCH*FR ONEMAIN-DOC 50*INSUFF POD*LOAN DTD 2/10/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0256 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,930.99<br>COMMENT: ACCT NT/SCH*FR ONEMAIN-DOC 70*INSUFF POD*LOAN DTD 4/23/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6413 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 8/17*W/5 | CRED DESC: Post Petition Escrow<br>ACCOUNT NO.: 9279 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 71.16<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 116.23<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5734 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PGH WTR AND SWR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>1200 PENN AVENUE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: 22R35;THRU 7/11/17*$93.76@10%/CL-PL* PIF/CR/LTR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2R35 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 809.41<br>COMMENT: REF 3367700801*NT/SCH*FINGERHUT/BLUESTEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8484 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 825.00<br>COMMENT: NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/5 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9279 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 771.00<br>COMMENT: NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*W/5*DK! | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9279 |

| CLAIM RECORDS | | |
|---|---|---|
| **MIDFIRST BANK SSB*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:7 | ACCOUNT NO.:  9279 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  1,696.93 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  NT/PL*AMDS PPFN FLD 2-16-18*NTC-POSTPET FEE/EXP*SUPPLMTL REF CL*W/5*D | |
| | | |
| **MIDFIRST BANK SSB*** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:7 | ACCOUNT NO.:  9279 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  965.85 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*W/5*DK! | |