FILED
6/24/21 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Ambro Johnson Sr.

                    Debtor(s)

MIDFIRST BANK, its successors and/or assigns
                    Movant

      vs.

Ambro Johnson Sr.

                    Debtor(s)

Ronda J. Winnecour

                    Trustee

CHAPTER 13

NO. 17-22820 GLT

Related to Dkt. No. 90

11 U.S.C. Section 362

**MOTION TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the ALL Notice of Postpetition Mortgage Fees, Expenses, and Charges of claim 7 BY MIDFIRST BANK, which were filed with the Court on or about **11/22/2017, 12/19/2017, 2/16/2018, 2/23/2018, 4/30/2018, and 5/26/2021.**

                    Respectfully submitted,

                    /s/ Maria Miksich Esquire
                    Maria Miksich Esquire
                    Attorney I.D. No. 319383
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3589

                    SO ORDERED
                    June 24, 2021

                    GREGORY L. TADDONIO jah
                    UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtor
Debtor's Attorney
Maria Miksich, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                            Case No. 17-22820-GLT

Ambro Johnson, Sr.                                                                      Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

**Recip ID              Recipient Name and Address**
db                 +  Ambro Johnson, Sr., 1112 Pennsylvania Avenue, Pittsburgh, PA 15233-1413

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021                                   Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

**Name                        Email Address**

Brett A. Solomon
                          on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brett.solomon@solomon-legal.com

Brian Nicholas
                          on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                          on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Kenneth Steidl
                          on behalf of Debtor Ambro Johnson  Sr. julie.steidl@steidl-steinberg.com,
                          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
                          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich

District/off: 0315-2                                     User: dkam                                          Page 2 of 2
Date Rcvd: Jun 24, 2021                                 Form ID: pdf900                                      Total Noticed: 1

                        on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
                        on behalf of Creditor OneMain Consumer Loan  Inc. bankruptcy@wglaw.com, ibernatski@wglaw.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

William E. Craig
                        on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10