# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
AMBRO JOHNSON, SR.                                          Case No. 17-22820GLT

        Debtor(s)
RONDA J. WINNECOUR,                                         Chapter 13
Standing Chapter 13 Trustee,

        Movant
   vs.                                                      Document No __
PNC BANK NA

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PNC BANK NA                                                 Court claim# 15/Trustee CID# 8
POB 94982
CLEVELAND, OH 44101

The Movant further certifies that on 09/17/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                        /s/ Ronda J. Winnecour
                                                        RONDA J WINNECOUR PA ID #30399
                                                        CHAPTER 13 TRUSTEE WD PA
                                                        600 GRANT STREET
cc:  debtor(s)                               SUITE 3250 US STEEL TWR
     original creditor                 PITTSBURGH, PA  15219
     putative creditor               (412) 471-5566
     counsel for debtor(s)          cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| AMBRO JOHNSON, SR., 1112 PENNSYLVANIA AVENUE, PITTSBURGH, PA  15233 | KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL: | ORIGINAL CREDITOR: |
| TUCKER ARENSBERG PC, 1500 ONE PPG PL, PITTSBURGH, PA 15222-5401 | PNC BANK NA, POB 94982, CLEVELAND, OH  44101 |
| NEW CREDITOR: | |