Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ambro Johnson Sr.** | : | Case No. 17−22820−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 100 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

   *AND NOW,* this *The 9th of August, 2022,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22820-GLT |
| Ambro Johnson, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 09, 2022 | Form ID: 309 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ambro Johnson, Sr., 1112 Pennsylvania Avenue, Pittsburgh, PA 15233-1413 |
| 14656997 | + | Allegheny Radiology Associates, c/o Collection Service Center Inc., 250 Mt. Lebanon Blvd., Suite 420, Pittsburgh, PA 15234-1249 |
| 14657001 | + | Comcast Cable, c/o RUI Credit Services, PO Box 1349, Melville, NY 11747-0421 |
| 14657005 | | Lendmark Financial Services, 1506 Klondike Road SW, Suite 200, Conyers, GA 30094-5173 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 10 2022 03:38:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Aug 09 2022 23:38:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bncmail@w-legal.com | Aug 09 2022 23:38:00 | Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14660819 | + | EDI: PHINAMERI.COM | Aug 10 2022 03:38:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14657006 | | Email/Text: cfcbackoffice@contfinco.com | Aug 09 2022 23:38:00 | MABT/CONTFIN, PO Box 8099, Newark, DE 19714 |
| 14656998 | | EDI: CAPITALONE.COM | Aug 10 2022 03:38:00 | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14657000 | + | EDI: CCUSA.COM | Aug 10 2022 03:38:00 | Central Cardiovascular Associates, c/o Credit Collection USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14657002 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 09 2022 23:48:12 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14657003 | + | EDI: PHINAMERI.COM | Aug 10 2022 03:38:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14657004 | | EDI: IRS.COM | Aug 10 2022 03:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14700933 | | EDI: JEFFERSONCAP.COM | Aug 10 2022 03:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14672159 | | Email/Text: ktramble@lendmarkfinancial.com | Aug 09 2022 23:38:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington GA 30014 |
| 14699363 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2022 23:47:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14657007 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 309 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 09 2022 23:47:50 | Merrick Bank, P.O. Box 1500, Draper, UT 84020-1127 |
| 14687287 | + | EDI: AISMIDFIRST | Aug 10 2022 03:38:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14657008 | + | EDI: AISMIDFIRST | Aug 10 2022 03:38:00 | Midland Mortgage Company, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14673154 | | EDI: AGFINANCE.COM | Aug 10 2022 03:38:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14657009 | + | EDI: AGFINANCE.COM | Aug 10 2022 03:38:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14710090 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2022 23:38:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14657011 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2022 23:38:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14772798 | | EDI: PRA.COM | Aug 10 2022 03:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14701167 | | EDI: PRA.COM | Aug 10 2022 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14657714 | + | EDI: RECOVERYCORP.COM | Aug 10 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690560 | + | Email/Text: ebnpwsa@grblaw.com | Aug 09 2022 23:38:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15009841 | + | Email/Text: bncmail@w-legal.com | Aug 09 2022 23:38:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14689576 | | EDI: AIS.COM | Aug 10 2022 03:38:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MIDFIRST BANK |
| cr | | OneMain Consumer Loan, Inc. |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14668132 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14656999 | * | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14657010 | *+ | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14832199 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 309 | Total Noticed: 30 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brett A. Solomon
> on behalf of Creditor PNC BANK NATIONAL ASSOCIATION brett@solomon-legal.com

Brian Nicholas
> on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Jeffrey R. Hunt
> on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Kenneth Steidl
> on behalf of Debtor Ambro Johnson Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
> on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
> on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
> on behalf of Creditor OneMain Consumer Loan Inc. bankruptcy@wglaw.com, ibernatski@wglaw.com

Ronda J. Winnecour
> cmecf@chapter13trusteewdpa.com

William E. Craig
> on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10