**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AMBRO JOHNSON, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>        vs.<br>No Respondents. | Case No.:17-22820 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/11/2017 and confirmed on 08/24/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,896.00 |
| Less Refunds to Debtor | 17.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,878.76 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,390.00 | |
|     Trustee Fee | 4,945.23 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,335.23 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ONE MAIN FINANCIAL(*)<br>  Acct: 1021 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*)<br>  Acct: 2503 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORI<br>  Acct: 2R35 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>  Acct: 3716 | 2,921.82 | 2,921.82 | 804.45 | 3,726.27 |
| ONE MAIN CONSUMER LOAN INC - A/S/F<br>  Acct: 3953 | 5,179.59 | 5,179.59 | 729.19 | 5,908.78 |
| MIDFIRST BANK SSB*<br>  Acct: 9279 | 24,525.72 | 24,525.72 | 2,938.59 | 27,464.31 |
| PNC BANK NA<br>  Acct: 2193 | 17,287.96 | 17,287.96 | 2,929.85 | 20,217.81 |
| | | | | 57,317.17 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| AMBRO JOHNSON, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| AMBRO JOHNSON, SR. | 17.24 | 17.24 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 9,689.67 | 9,689.67 | 0.00 | 9,689.67 |
|   Acct: 9191 | | | | |
| MIDFIRST BANK SSB* | 13,332.45 | 13,332.45 | 0.00 | 13,332.45 |
|   Acct: 9279 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9279 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9279 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9279 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9279 | | | | |
| | | | | 23,022.12 |
| **Unsecured** | | | | |
| ALLEGHENY RADIOLOGY ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 883.71 | 508.74 | 0.00 | 508.74 |
|   Acct: 4007 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 456.46 | 262.78 | 0.00 | 262.78 |
|   Acct: 5895 | | | | |
| CENTRAL CARDIOVASCULAR ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MERRICK BANK | 3,038.91 | 1,749.47 | 0.00 | 1,749.47 |
|   Acct: 3285 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 286.40 | 164.88 | 0.00 | 164.88 |
|   Acct: 3716 | | | | |
| INTERNAL REVENUE SERVICE* | 1,435.26 | 826.27 | 0.00 | 826.27 |
|   Acct: 9191 | | | | |
| SCOLOPAX LLC | 4,165.47 | 2,398.02 | 0.00 | 2,398.02 |
|   Acct: 2815 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 8,763.58 | 5,045.12 | 0.00 | 5,045.12 |
|   Acct: 0256 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 2,930.99 | 1,687.34 | 0.00 | 1,687.34 |
|   Acct: 6413 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 71.16 | 36.32 | 0.00 | 36.32 |
|   Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 116.23 | 59.33 | 0.00 | 59.33 |
|   Acct: 5734 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 809.41 | 465.97 | 0.00 | 465.97 |
|   Acct: 8484 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5995 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 17-22820 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 13,204.24 |
| **TOTAL PAID TO CREDITORS** | | | | | 93,543.53 |

TOTAL CLAIMED
PRIORITY           23,022.12
SECURED            49,915.09
UNSECURED          22.957.58

Date: 08/29/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com